modified by reducing the amount which the defendant is directed to pay as counsel fees to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNIE TOPOL, Respondent, v. MAY SCHWARTZ, Appellant, Impleaded with DAVIS SCHWARTZ.— Order modified so far as to grant said motion to the extent of striking out the "fourth" paragraph of the amended complaint, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNIE TOPOL, Respondent, v. MAY SCHWARTZ, Impleaded with DAVIS SCHWARTZ, Appellant.— Order modified so far as to grant said motion to the extent of striking out the "fourth" paragraph of the amended complaint, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALBERT N. LANDES, Respondent, v. VENEZUELAN PETROLEUM COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LOUIS BLOM, Appellant, v. JOHN W. SULLIVAN COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

TOM F. MAGUIRE, Respondent, v. EATON KELLY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HERMINE C. PEYSER and Another, Respondents, v. MARY VAN CAMPEN, Individually and as Administratrix, etc., of HENRY VAN CAMPEN, Deceased, and as Executrix, etc., of MARIE WELLBROCK, Deceased, and Another, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HUSQVARNA VAPENFABRIKS AKTIEBOLAG, a Corporation, Respondent, v. R. P. HUSSEY & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissenting.

MARIO PISANI, Respondent, v. STANLEY J. ROLLO, Appellant.— Order so far as appealed from affirmed, without costs, and the remaining portions of the order, giving leave to interpose supplemental answer after judgment, and staying plaintiff from proceeding on the judgment, stricken from the order, as being without warrant of law. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SAMUEL ROSENFELD, Appellant, v. PHILIP NALABOFF and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMESTIC REALTY COMPANY, Appellant, v. JOHN P. O'BRIEN, Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.